**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**


JAQUON A. HARRISON,

      Plaintiff,

v.                                     Case No: 5:18-cv-95-Oc-30PRL

CITY OF OCALA, FLORIDA, OFFICER
CHRIS SCAGLIONE, OFFICER
MICHAEL DIESSO, and SGT.
MICHELLE GREEN,

      Defendants.

_____/


**ORDER APPOINTING MEDIATOR**
**AND SCHEDULING MEDIATION**

      Pursuant to the Court's Order referring this case to mediation and directing the parties to

select a Mediator, and in accordance with the rules governing mediation set forth in Chapter

Nine of the Rules of the United States District Court for the Middle District of Florida, it is

**ORDERED** that:

      The following individual is hereby **appointed** by the Court to serve as Mediator in this

action:

      **Name of Mediator**:          Christine L. Harter

      **Address**:                 Mediation & Dispute Resolution Center
                                230 SW 3rd Avenue
                                Ocala, Florida 34471

      **Telephone Number**:       (352) 694-4242

| | |
|---|---|
| **E-Mail:** | harterlaw@earthlink.net |
| **Date/Time of Mediation:** | **February 28, 2019 at 1:30 p.m.** |
| **Place of Mediation:** | Morgan & Morgan<br>14229 U.S. Hwy. 441<br>Travares, FL  32778 |

Counsel are **reminded** of their obligations to comply with the provisions in ¶¶ 4(a) an (b) of the Order of Referral.  The mediator is authorized to continue or reschedule the mediation.

The Mediator's attention is drawn to the importance that within **five (5) days** following the mediation conference, the  Mediator's Report as to the outcome of mediation be timely filed.

**DONE** and **ORDERED** in Tampa, Florida on February 4, 2019.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Mediator
Counsel/Parties of Record

2